ORIGINAL

FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0019

BRUCE MARTIN,

Petitioner,

v.

RYAN PETERSON, Fergus County Sheriff, and
CORY SMITH, Fergus County Under Sheriff,

Respondents.

FILED

JAN 1 4 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Petitioner Bruce Martin has filed a Petition for Writ of Habeas Corpus, indicating that he is being held in jail and that his bail is excessive. Citing to § 46-22-103, MCA, as well as several constitutional amendments and sections, he puts forth that he seeks this writ for the purpose of bail. He states that he is "a fully disabled person requesting O.R., Medical O.R., or attainable bond . . . ." Martin is being held in the Fergus County Jail, and he has not provided any more information for the reason.[1]

Available electronic records indicate that on November 9, 2023, the Tenth Judicial District Court, Fergus County, sentenced Martin to a suspended six-month jail term on one misdemeanor offense and to a concurrent suspended three-year term on a felony offense after he entered a plea agreement.

We requested and reviewed the register of actions for Martin's criminal case. The State filed a Petition for Revocation of Suspended Sentence on December 17, 2024, and a summons was issued the next day. The District Court has set a hearing for January 21, 2025.

---

[1] Although Martin did not serve the County Attorney or the Attorney General with his Petition, he represents that "the Fergus County Jail will not provide copying capabilities[.]" Given our disposition of the matter, we have determined to address his Petition despite his lack of service.

Martin has counsel to represent him in the District Court and an opportunity in that court to raise the issues he presents, as his counsel may move the District Court for bail modification or release on his own recognizance. Martin has not demonstrated illegal incarceration.

IT IS THEREFORE ORDERED that Martin's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Heather Perry, District Court Judge; Phyllis D. Smith, Clerk of District Court, under Cause No. DC-2022-41; Kent Sipe, Fergus County Attorney along with a copy of Martin's Petition; Breena LeCount, Defense Counsel; counsel of record along with a copy of Martin's Petition; and Bruce Martin personally.

DATED this 14 day of January, 2025.

_____

_____

_____

_____

_____
Justices

2